[No. 13877-4-I.   Division One.   November 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES ANDREW LINDSEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-03228-6, H. Joseph Coleman, J., entered September 30, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Durham, C.J., and Corbett, J.

[No. 14109-1-I.   Division One.   November 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. SONIA ACREY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-01706-4, Anthony P. Wartnik, J., entered November 17, 1983. *Dismissed* by unpublished per curiam opinion.

[No. 14241-1-I.   Division One.   November 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT M. MARK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79848, David C. Hunter, J., entered March 22, 1982. *Affirmed as modified* by unpublished per curiam opinion.

[Nos. 12043-3-I; 12535-4-I.   Division One.   November 5, 1984.]

JIMMY V. AKEHURST, ET AL, *Appellants,* v. VALLEY CEMENT CONSTRUCTION, INC., ET AL, *Respondents.*

Appeals from judgments of the Superior Court for King County, No. 81-2-06839-1, Jack P. Scholfield, J., Oluf Johnsen, J. Pro Tem., and Norman W. Quinn, J., entered July 12 and 8 and November 1, 1982. *Affirmed in part* and *reversed in part* by unpublished opinion per Williams, J., concurred in by Corbett, A.C.J., and Coleman, J.